THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDRA SHELBURNE,<br>DARRYL KILGORE, FREDERICK<br>JACKSON, STACIA QUARTO, and<br>ELIZABETH EVANS.<br><br>Defendants. | CASE NO. CR17-0203-JCC<br><br>MINUTE ORDER ON MOTION TO<br>CONTINUE TRIAL |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' unopposed motion to continue pretrial motions filing date and trial date (Dkt. No. 90). Having considered the motion and the relevant record, the Court hereby GRANTS the motion and FINDS as follows:

(a) Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny defense counsel the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a

miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of November 6, 2017 and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering newly produced discovery and the facts set forth above; and

(f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to March 12, 2018, and that pretrial motions shall be filed no later than February 5, 2018.

DATED this 14 day of October 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk