UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDRA SHELBURNE,<br><br>Defendant. | CASE NO. CR17-0203-JCC<br><br>ORDER |

This matter comes before the Court on the United States' motion for an order of forfeiture (Dkt. No. 145) seeking to forfeit to the United States Defendant Alexandra Shelburne's interest in the following property:

- A judgment for a sum of money in the amount of $15,126.51, representing any property that constitutes or is derived from proceeds the Defendant obtained directly or indirectly as the result of the violation set forth in Count 1 of the Indictment.

Having reviewed the papers and pleadings filed in this matter, the Court hereby FINDS that entry of an order of forfeiture is appropriate because:

- Defendant was charged by an Indictment that included an allegation for forfeiture providing notice that the United States was seeking, pursuant to 18 U.S.C. § 982(a)(2)(A), the forfeiture of property including, but not limited to, a sum of

money of an amount representing any property that constitutes or is derived from proceeds Defendant obtained directly or indirectly as the result of the violation set forth in Count 1 of the Indictment, Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. § 1349 (Dkt. No. 48);

- The United States filed a Second Bill of Particulars Regarding Forfeiture of Property, providing notice of the United States' intent to forfeit, among other assets, $1,123.49 in U.S. currency, seized from Defendant on or about July 25, 2017, in Las Vegas, Nevada (the "Las Vegas Currency") (Dkt. No. 108, ¶ 3);

- Pursuant to the plea agreement, Defendant agreed to forfeit the Las Vegas Currency, as well as a judgment for a sum of money in the amount of at least $16,250, which represents any and all property that constitutes, or is derived from, proceeds the Defendant obtained as the result of the violation charged in Count 1 of the Indictment (Dkt. No. 118, ¶ 12);

- The United States and Defendant agreed that, upon forfeiture to the United States of Las Vegas Currency, the net funds generated by that forfeiture would be credited towards the aforementioned judgment for a sum of money (reducing such sum to at least approximately $15,126.51) *Id.*);

- On February 2, 2018, the United States filed a Notice Regarding Forfeiture, advising that the United States Secret Service had administratively forfeited the Las Vegas Currency (Dkt No. 124);

- The evidence in the record, including information contained within the plea agreement, has established the requisite nexus between the above-described sum of money and the offense of conviction, pursuant to Fed. R. Crim. P. 32.2(b)(1)(B); and

- No ancillary proceeding is required to the extent that the forfeiture consists of a judgment for a sum of money representing proceeds obtained as the result of the charged offense, pursuant to Fed. R. Crim. P. 32.2(c)(1).

NOW, THEREFORE, THE COURT ORDERS:

1) Pursuant to 18 U.S.C. § 982(a)(2)(A) and the plea agreement, Defendant's interest in a sum of money in the amount of $15,126.51 is fully and finally forfeited, in its entirety, to the United States;

2) No right, title, or interest in the above-described sum of money exists in any party other than the United States;

3) Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)-(B), this order will become final as to Defendant at the time she is sentenced, will be made part of the sentence, and it will be included in the judgment;

4) Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy the judgment for the above-described sum of money of $15,126.51 in whole or in part, the United States may move to amend this order, at any time, to substitute property having a value not to exceed $15,126.51; and

5) This Court will retain jurisdiction in this case for the purpose of enforcing this order.

The Clerk of Court is DIRECTED to serve a copy of this order of forfeiture on all parties of record.

DATED this 1st day of May 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE