UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0203-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALEXANDRA SHELBURNE, *et al*., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Defendant Alexandra Shelburne was sentenced by this Court on May 8, 2018. (Dkt. No. 157.) The issue of restitution is yet to be determined, and Ms. Shelburne consented to referral to a Magistrate Judge for final disposition. Therefore, the Court hereby REFERS restitution matters in this case to the Honorable Brian A. Tsuchida. The Clerk is DIRECTED to provide a copy of this order to Judge Tsuchida.

DATED this 9th day of May 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk